Irene K. Yesowitch (SBN 111575)
iyesowitch@cozen.com
Michael W. Melendez (SBN 125895)
mmelendez@cozen.com
**Cozen O'Connor**
575 Market Street, Suite 2200
San Francisco, California 94105
Tel:    415-644-0914
Fax:   415-644-0978

Attorneys for Plaintiff NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BUSHNELL LANDSCAPE INDUSTRIES, INC., a California corporation,<br><br>  Defendant. | CASE NO.  2:14-cv-02305-MCE-CKD<br><br>**ORDER EXTENDING DISCOVERY DEADLINES** |

Pursuant to the parties' signed stipulation (ECF No. 14) and a showing of good cause, the deadline for non-expert discovery is extended from September 25, 2015 to November 24, 2015, and the deadline for expert disclosures is extended from November 25, 2015 to January 15, 2016. All other dates identified in the Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

IT IS SO ORDERED.

Dated:  September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT