REYNOLDS MADDUX WOODWARD LLP
ARTHUR G. WOODWARD (SBN: 142914)
500 Auburn Folsom Road, Suite 210
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  awoodward@rmwlawllp.com

Attorneys for Defendant BUSHNELL LANDSCAPE
INDUSTRIES, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,<br><br>                  Plaintiff,<br><br>      v.<br><br>BUSHNELL LANDSCAPE INDUSTRIES, INC., a California corporation,<br><br>                  Defendants. | Case No.:  2:14-cv-02305-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING BUSHNELL'S SECOND SUPPLEMENTAL EXHIBIT LIST AND ADDITIONAL DEPOSITIONS** |

        Plaintiff Nationwide Mutual Insurance Co. ("Nationwide") and Defendant Bushnell Landscape Industries, Inc. ("Bushnell") stipulate as follows:

        1.        On September 20, 2016, Bushnell served on Nationwide additional documents that were located by David Bushnell after the parties filed their respective Exhibit Lists with the Parties' Joint Pretrial Statement.  (The documents were marked as Bates Nos. BLI000628-BLI000642). Bushnell then filed its Second Supplemental Witness List on September 30, 2016.

        2.        Bushnell offered to re-open discovery for the limited purpose of allowing Nationwide to depose Mr. Bushnell, Bushnell's office manager, Scott Bovee and any persons whose work is referenced in those documents, regarding any items that are the subject of or reflected in the recently-produced documents.

3. The parties agree and stipulate that: (1) Nationwide will not object to the recently-produced documents on the grounds that they were not timely produced or included in Bushnell's initial Exhibit List; (2) prior to trial, Nationwide may depose Mr. Bushnell, Bushnell's office manager, Scott Bovee and any persons whose work is referenced in those documents, or any of them at its discretion, regarding any items that are the subject of or reflected in the recently-produced documents; and (3) Nationwide shall be entitled to seek to preclude or otherwise challenge the introduction of the recently-produced documents and any evidence relating to those documents, including but not limited to trial testimony, at or prior to trial, including through motions in limine, on any ground other than that the documents were not timely produced or included in Bushnell's initial Exhibit List.

IT IS SO STIPULATED.

Dated:  October 7, 2016          REYNOLDS MADDUX WOODWARD LLP

                                 By:   *s/Arthur G. Woodward*
                                       Arthur G. Woodward
                                       Attorneys for Defendant
                                       Bushnell Landscape Industries, Inc.

Dated:  October 7, 2016          COZEN O'CONNOR

                                 By:   *s/Michael W. Melendez [authorized 10/7/16]*
                                       Michael W. Melendez
                                       Attorneys for Plaintiff
                                       Nationwide Mutual Insurance Co.

**ORDER**

IT IS SO ORDERED.

Dated:  October 21, 2016

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE